The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE MANCILLA GUTIERREZ and MARISELA MANZO TORRES,<br><br>          Plaintiffs<br><br>     v.<br><br>CORRECTIONAL SERVICES CORPORATION, a Delaware Corporation; LIEUTENANT John Doe MCINTYRE, in his individual capacity; OFFICER John Doe TWOGOOD, in his individual capacity; OFFICER John Doe PORTILLO, in his individual capacity; ASSOCIATE WARDEN CAPTAIN John Doe BASURTO, in his individual capacity; and WARDEN GEORGE C. WIGEN, in his individual capacity,<br><br>          Defendants. | No. 04-5721 FDB<br><br>**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE FOR DEFENDANT LEROY PORTILLO** |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties, it is hereby ORDERED that Defendant Leroy Portillo be and hereby is dismissed from this action without prejudice.

DATED this __29th__ day of June, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
FOR DEFENDANT PORTILLO - 1
04-5721 FDB

WINTERBAUER & DIAMOND P.L.L.C.
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1200 FIFTH AVENUE, SUITE 1910
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 676-8440
FACSIMILE: (206) 676-8441